Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−17931−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Michael Caponigro
   aka Anthony Michael Caponigro
   220 Littleton Rd., Apt B−16
   Parsippanny, NJ 07054

Social Security No.:
   xxx−xx−4268

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/18/26 at 10:00 AM

to consider and act upon the following:

*8* – Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info – Individuals, Declaration About An Individuals Schedule, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income (122A−1), Means Test Calculation (122A−2) – If Applicable, Stmt of Exemption From Presumption of Abuse (122A−1 Supp) – If Applicable, Schedules A/B,C,D,E/F,G,H,I,J, Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/13/2026. Hearing scheduled for 8/4/2026 at 10:00 AM, VFP – Courtroom 3B, Newark.. (Browne, Christopher)

Dated: 8/4/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court